IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -7 AM 11: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| NANCY J. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-2626-DV |
| ) | |
| DENTAL EZ GROUP, et al., ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held November 3, 2005. Present were Thomas D. Yeaglin, counsel for plaintiff, and Randall Noel, counsel for defendants. The following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):  Thursday, November 17, 2005

JOINING PARTIES: Wednesday, July 5, 2006

AMENDING PLEADINGS: Friday, November 30, 2006

INITIAL MOTIONS TO DISMISS: Friday, January 26, 2006

COMPLETING ALL FACT DISCOVERY
    (except Expert Discovery): Wednesday, August 2, 2006

    (1) PLAINTIFF'S EXPERT WITNESS DESIGNATION AND DISCLOSURE DEADLINE: Wednesday, September 6, 2006

    (2) DEFENDANTS' EXPERT WITNESS DESIGNATION AND DISCLOSURE DEADLINE: Wednesday, October 4, 2006

CONCLUSION OF EXPERT WITNESS DISCOVERY: Wednesday, November 1, 2006

FILING DISPOSITIVE MOTIONS: Friday, December 29, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-7-05

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 2-3 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

After the close of discovery, the parties will advise the court if ADR is appropriate.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED this 4th day of November, 2005.

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02626 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Randall D. Noel
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Thomas D. Yeaglin
LAW OFFICE OF THOMAS YEAGLIN
140 Jefferson Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT